NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN H. COHEN, ED.D.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5135

---

Appeal from the United States Court of Federal Claims in No. 07-CV-0154, Chief Judge Emily C. Hewitt.

---

**JUDGMENT**

---

MATTHEW J. DOWD, Wiley Rein LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was PAUL M. KIM.

DAVID M. RUDDY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JOHN J. FARGO, Director, and JOHN A. HUDALLA, Attorney.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 14, 2013         /s/ Daniel E. O'Toole
     Date                    Daniel E. O'Toole
                             Clerk